# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

FILED



UNITED STATES OF AMERICA

-vs-

JUAN VELA

Case Number: 6:99-Cr-229-Orl-18GJK

USM Number: 24051-018

James T. Skuthan
201 South Orange Avenue, Suite 300
Orlando, FL 32801

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers 5, 6, and 7 of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 5 | New Conviction for conduct, Aggravated Battery with a Deadly Weapon | July 5, 2004 |
| 6 | New Conviction for conduct, Grand Theft 3rd Degree | November 17, 2004 |
| 7 | New Conviction for conduct, Fleeing or Attempting to Elude (High Speed) | September 30, 2005 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has not violated conditions 1, 2, 3, 4, 8, 9, 10, 11, 12, 13, and 14 and is discharged as to such violations condition.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

1/22/2010

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

January 22, 2010

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **13 months**. The term of imprisonment imposed by this judgment shall run consecutively with the defendant's term of imprisonment already imposed in Case Number 8:09-Cr-00282-T-30EAS, in the Middle District of Florida, Tampa Division.

The Court recommends to the Bureau of Prisons:

> That the defendant be incarcerated at the facility located in Coleman, Florida if appropriate and available.

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal